JOHN A. O'MALLEY (State Bar No. 101181)
NICOLE E. KRASNY (State Bar No. 204409)
**FULBRIGHT & JAWORSKI L.L.P.**
865 South Figueroa Street
Twenty-Ninth Floor
Los Angeles, California  90017-2576
Telephone:  (213) 892-9200
Facsimile:  (213) 680-4518

Attorneys for Plaintiff
E-STAMP CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| E-STAMP CORPORATION, a corporation,<br><br>           Plaintiff,<br><br>v.<br><br>DAVE LAHOTI, an individual,<br><br>           Defendant. | No. CV-99-9287 (GAF) (MANx)<br><br>**JUDGMENT ON COURT TRIAL AND PERMANENT INJUNCTION**<br><br>[~~CORRECTED/PROPOSED~~] |

On May 30, 2000 this matter came on for trial before the Honorable Gary Allen Feess, United States District Judge. Plaintiff E-Stamp Corporation ("E-Stamp Corp.") was represented by John A. O'Malley and Nicole E. Krasny, Fulbright & Jaworski L.L.P.  Defendant was represented by Neil A. Smith, Limbach & Limbach and Brett P. Wakino.  Having heard and received the evidence in this matter and the argument of counsel and having issued its Findings of Fact and Conclusions of Law, and for good cause shown,

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

-1-

1  IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that judgment
2  shall be, and hereby is, entered in favor of plaintiff E-Stamp
3  Corp. and against defendant Dave Lahoti, as follows:
4      1.   That the Federal Trademark Number 2,152,671 for the
5  mark E-STAMP owned by plaintiff E-Stamp Corp. is a valid and
6  enforceable trademark;
7      2.   That a permanent injunction issue against defendant
8  Dave Lahoti in accordance with the terms which follow;
9      3.   That the Internet domain "estamps.com," having been
10 deposited into the registry of this Court on or about August 23,
11 1999 by Network Solutions, Inc., is hereby ordered transferred
12 and conveyed to plaintiff E-Stamp Corp. with all rights thereto;
13     4.   That this action having been found to be an exceptional
14 case within the meaning of 15 U.S.C. 1117(a) and plaintiff E-
15 Stamp Corp. being the prevailing party, plaintiff E-Stamp Corp.
16 shall recover its attorneys' fees from defendant Dave Lahoti in
17 the amount of $ ~~$305,615.20~~ *$305,615.20*; and
18     5.   That plaintiff E-Stamp Corp. shall recover its costs
19 from defendant Dave Lahoti, pursuant to 28 U.S.C. §1914 et seq.
20 as ascertained in conformance with the Local Rules of this Court,
21 in the amount of $_____.
22                       PERMANENT INJUNCTION
23     IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that a permanent
24 injunction shall be, and hereby is, entered in this Court against
25 defendant Dave Lahoti and all those with notice of this order
26 acting in active concert with defendant Dave Lahoti ("Enjoined
27 Parties") as follows:
28

1.  That Enjoined Parties are forever prohibited and enjoined from infringing the valid federally registered trademark E-STAMP;

2.  That Enjoined Parties are forever prohibited and enjoined from registering, trafficking in, or using any Internet domain name that is identical or confusingly similar to E-STAMP, including without limitation, any domain name having as a second level the term "estamp," "estamps," with or without hyphenation or other punctuation or separation, or as part of any longer word or term including without limitation "estampsnow," or such second level domain name having any first level domain such as ".com," ".net" or ".org"; and

3.  That Enjoined Parties shall forthwith transfer to plaintiff E-Stamp Corp. all rights, title, interest in, or control over, any Internet domains in which any of Enjoined Parties has an interest which are identical or confusingly similar to the mark E-STAMP including without limitation, "estamps.com," "e-stamps.com," "estamps.net," "e-stamps.net," "estampsnow.com," "estampsnow.net" or any other domain which uses the mark E-STAMP in any form of pluralization, with or without hyphenation or punctuation or as part of a longer word or term.

4.  This Court shall have continuing jurisdiction to enforce the terms of this permanent injunction.

IT IS SO ORDERED.

DATE: 7/31/2000

_____
Gary Allen Feess
United States District Judge

DOCUMENT PREPARED ON RECYCLED PAPER

09902524/591188.1

1 | SUBMITTED BY:
2 | JOHN A. O'MALLEY
    NICOLE E. KRASNY
3 | **FULBRIGHT & JAWORSKI L.L.P.**

By _(signature)_
John A. O'Malley
Attorneys for Plaintiff
E-STAMP CORPORATION

PROOF OF SERVICE
1013A (3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Fulbright & Jaworski L.L.P., 865 South Figueroa Street, 29th Floor, Los Angeles, California 90017.

On July 6, 2000, I served the foregoing document(s) described as: **JUDGMENT ON COURT TRIAL AND PERMANENT INJUNCTION [CORRECTED/PROPOSED]** on interested parties in this action as follows:

Neil A. Smith, Esq., Limbach & Limbach, L.L.P., 2001 Ferry Building, San Francisco, CA 94111

Brett P. Wakino, Esq., 4266 Atlantic Boulevard, Long Beach, CA 90807

X   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

**(BY PERSONAL SERVICE)** I caused the aforementioned document to be personally served at the office of the addressee.

☐   **(BY FEDERAL EXPRESS)**

**(BY FACSIMILE)** I caused said document to be transmitted electronically to the interested parties at the facsimile numbers as stated below:

Neil A. Smith, Esq.: (415) 433 8716

Brett P. Wakino, Esq.: (562) 426-0962

Executed on July 6, 2000 at Los Angeles, California.

☐   (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒   (Federal)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Amy Spada

09902524/591188.1

DOCUMENT PREPARED ON RECYCLED PAPER